**Motion Granted, Appeal Dismissed and Memorandum Opinion filed June 1, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00137-CV

---

### CHRISTOPHER RUSSO, TRIPLE RRR INVESTMENTS LLC, BASKET SPECIALTIES LLC, GULF COAST WIRELINE LLC, LONGHORN BITS LLC, PRIME 337 LLC, RUSSO ENERGY LLC, AND RUSSO EXPLORATION, Appellants

### V.

### SUPERIOR ENERGY SERVICES, INC., STABIL DRILL SPECIALTIES, L.L.C., AND SESI, L.L.C., Appellees

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-24818**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 15, 2019. On May 18, 2023, the parties filed a joint motion to dismiss the appeal "with prejudice" as the parties have settled all controversies between them and have released the

judgment.  The Texas Rules of Appellate Procedure speak only of dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal."  *See* Tex. R. App. P. 42.1.  Because the judgment has been released, this court lacks jurisdiction over this appeal.  *Rapp v. Mandell & Wright, P.C.*, 123 S.W.3d 431, 436 (Tex. App.—Houston [14th Dist.] 2003).  We grant the motion to dismiss this appeal as moot and we dismiss this case for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.